against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Determination confirmed, and writ dismissed, with $10 costs and disbursements.

PEOPLE ex rel. CUNNINGHAM v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York, on the relation of Chas. H. Cunningham, against William F. Baker, as commissioner. J. H. Benton, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. ECKERSON et al. v. ZUNDEL et al., Village Assessors. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Proceeding by the People of the State of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others. Assessors of the Village of Haverstraw for 1893. No opinion. Final order and judgment affirmed, with costs.

PEOPLE ex rel. ECKERSON et al. v. ZUNDEL et al., Village Assessors. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Proceeding by the People of the State of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others, as Assessors of the Village of Haverstraw for 1894. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ECKERSON et al., Appellants. v. ZUNDEL et al., Village Assessors, Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Proceeding by the People of the State of New York, on relation of J. Esler Eckerson and others, against Charles H. Zundel and others, Assessors of the Village of Haverstraw for 1894. No opinion. Motion for stay of proceedings denied, without costs.

PEOPLE ex rel. GULOTTA v. SONS OF ITALY. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Proceeding by the People of the State of New York, on the relation of Anthony A. Gulotta, against the Sons of Italy. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. HANSON v. JONES et al. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the People of the State of New York, on the relation of William L. Hanson, against Gernon Jones and others; John C. Argersinger intervening. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HAWK v. EDWARDS, Com'r. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Proceeding by the People of the State of New York, on the relation of William F. Hawk, against William H. Edwards, as commissioner. F. H. Jones, for relator. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. HENSLE v. CROPSEY, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Proceeding by the People of the State of New York, on the relation of Frederick D. Hensle, against James C. Cropsey, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $10 costs and disbursements.

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against William Sohmer, as Comptroller of the State of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements, upon the authority of Same Relator v. Williams, 200 N. Y. 93, 93 N. E. 505.

PEOPLE ex rel. JANES v. DICKEY et al (Supreme Court, Appellate Division, First Department. June 28, 1912.) Proceeding by the People of the State of New York, on the relation of Henry E. Janes, as administrator, etc., against William D. Dickey, chairman, etc., and others. B. E. V. McCarty, for relator. C. J. Nehrbas, for respondents.

PER CURIAM. Writ dismissed, and determination affirmed, with $50 costs and disbursements, on the authority of People ex rel. City of New York v. Stillings, 134 App. Div. 480, 119 N. Y. Supp. 298, affirmed 200 N. Y. 525, 93 N. E. 1128, and People ex rel. Volkening v. Prendergast, 135 N. Y. Supp. 705 (App. Div., 1st Dept., decided May, 1912). Settle order on notice.

PEOPLE ex rel. KEENAN v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York, on the relation of Thomas Keenan, against William F. Baker, as commissioner. J. H. Benton, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. KENNY v. STUBBERT. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Proceeding by the People of the State of New York, on the relation of Officer Kenny, against James E. Stubbert. No opinion. Motion denied. Settle order on notice.